(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Western District of New York | **Voluntary Petition** |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Falgiano, Jill A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-1442** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**116 Groveland Street, Upper**<br>**Buffalo, NY 14214-1014** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:　　**Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
| --- |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
| --- | --- | --- | --- |
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7　　　☐ Chapter 11　　☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9　　　☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
| --- | --- | --- |
| ■ Consumer/Non-Business　　☐ Business | | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Falgiano, Jill A.** | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Jill A. Falgiano**

Signature of Debtor **Jill A. Falgiano**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

**Signature of Attorney**

X   **/s/ Beth Ann Bivona**

Signature of Attorney for Debtor(s)

**Beth Ann Bivona**

Printed Name of Attorney for Debtor(s)

**Damon & Morey LLP**

Firm Name

**1000 Cathedral Place**
**298 Main Street**
**Buffalo, NY 14202-4096**

Address   **Email: bbivona@damonmorey.com**
**(716) 856-5500  Fax: (716) 856-5537**

Telephone Number

_____

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Beth Ann Bivona**

Signature of Attorney for Debtor(s)     Date
**Beth Ann Bivona**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re     **Jill A. Falgiano**              Case No._____

Debtor

Chapter_____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 325,000.00 | | |
| B - Personal Property | Yes | 3 | 24,377.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 2,663,390.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 445.51 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,999.40 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 349,377.80 | | |
| Total Liabilities | | | | 2,663,390.85 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston           Best Case Bankruptcy

In re **Jill A. Falgiano** , Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3893 Walden Avenue<br>Lancaster, New York 14086<br>(Pending foreclosure)<br>(Debtor did not personally assume mortgage) | 25% owner | - | 325,000.00 | 0.00 |

| | | | Sub-Total > | 325,000.00 | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | 325,000.00 | |

0 continuation sheets attached to the Schedule of Real Property  (Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL

Best Case Bankruptcy

In re    **Jill A. Falgiano**                                                                  , Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **116 Groveland Street**<br>**Buffalo, New York  14214** | - | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&T Bank**<br>**1100 Wherle Drive**<br>**Williamsvile, New York  14221**<br>**Checking Account No. 8700742169** | - | **134.59** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Joy Smith (Landlord)**<br>**799 Potomac Avenue**<br>**Buffalo, New York  14209** | - | **100.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Assorted household goods**<br>**116 Groveland Street**<br>**Buffalo, New York  14214** | - | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Assorted clothing**<br>**116 Groveland Street**<br>**Buffalo, New York  14214** | - | **750.00** |
| 7.  Furs and jewelry. | | **Assorted jewelry**<br>**116 Groveland Street**<br>**Buffalo, New York  14214** | - | **100.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera**<br>**116 Groveland Street**<br>**Buffalo, New York  14214** | - | **30.00** |

Sub-Total >     **3,214.59**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                                                  Best Case Bankruptcy

In re     **Jill A. Falgiano**                                                                  Case No. _____
                                                                        ,
                                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Taylor Staffing 401K Plan** | - | **21,163.21** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **MFC Construction Co., Inc. 100% owner** | - | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **21,163.21**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston IL

Best Case Bankruptcy

In re  **Jill A. Falgiano** _____, Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Labrador/Springer mix | - | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 24,377.80 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case 1-05-10331-CLB,  Doc 1,  Filed 01/17/05,  Entered 01/17/05 13:43:12,
Description: Main Document , Page 7 of 56

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **Jill A. Falgiano** , Case No._____
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>**116 Groveland Street**<br>**Buffalo, New York 14214** | **Debtor & Creditor Law § 283(2)** | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**M&T Bank**<br>**1100 Wherle Drive**<br>**Williamsvile, New York 14221**<br>**Checking Account No. 8700742169** | **NYCPLR § 5205(a)** | 134.59 | 134.59 |
| **Security Deposits with Utilities, Landlords, and Others**<br>**Joy Smith (Landlord)**<br>**799 Potomac Avenue**<br>**Buffalo, New York 14209** | **NYCPLR § 5205(g)** | 100.00 | 100.00 |
| **Household Goods and Furnishings**<br>**Assorted household goods**<br>**116 Groveland Street**<br>**Buffalo, New York 14214** | **NYCPLR § 5205(a)** | 2,000.00 | 2,000.00 |
| **Wearing Apparel**<br>**Assorted clothing**<br>**116 Groveland Street**<br>**Buffalo, New York 14214** | **NYCPLR § 5205(a)(5)** | 750.00 | 750.00 |
| **Furs and Jewelry**<br>**Assorted jewelry**<br>**116 Groveland Street**<br>**Buffalo, New York 14214** | **NYCPLR § 5205(a)(6)** | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Camera**<br>**116 Groveland Street**<br>**Buffalo, New York 14214** | **NYCPLR § 5205(a)** | 30.00 | 30.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Taylor Staffing 401K Plan** | **Debtor & Creditor Law § 282(2)(e)** | 21,163.21 | 21,163.21 |
| **Animals**<br>**Labrador/Springer mix** | **NYCPLR § 5205(a)(4)** | 0.00 | 0.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6D
(12/03)

In re    **Jill A. Falgiano**                                     Case No. _____

                                        Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

<u> 0 </u>   continuation sheets attached

                                            Subtotal

                              (Total of this page)

                                            Total        **0.00**

                        (Report on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                            Best Case Bankruptcy

In re    **Jill A. Falgiano**                                  Case No. _____

                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **Jill A. Falgiano** _____, Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Internal Revenue Service <br> Dept of Treasury <br> Special Proceedings Branch <br> 111 West Huron Street, Room 309 <br> Buffalo, NY 14202 | X | - | Various <br><br> Wihtholding, payroll taxes | X | X | X | <br><br><br> Unknown | <br><br><br> Unknown |
| Account No. **Lxxxxxx028-4, Lxxxxx811-6** <br><br> New York State Dept Taxation & Finance <br> PO Box 5300 <br> Albany, NY 12205 | X | - | Various Years <br><br> Taxes | X | X | X | <br><br> Unknown | <br><br> Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet <u>1</u> of <u>1</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **Jill A. Falgiano** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. <br><br> **A-Verdi LLC** <br> **141450 Route 31** <br> **Savannah, NY 13146** | | - | | | | **Coporate Debt** | X | X | X | 1.00 |
| Account No. <br><br> **A. H. Harris & Sons, Inc.** <br> **P. O. Box 30135** <br> **Hartford, CT 06150** | | - | | | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. xx2077 <br><br> **Admar Supply Co., Inc.** <br> **1950 Brighton Henrietta TL Road** <br> **Rochester, NY 14623** | X | - | | | | **9/21/04** <br> **Lawsuit pending 2004-11164** | X | X | X | 14,096.54 |
| Account No. <br><br> **Alden State Bank** <br> **13216 Broadway** <br> **Alden, NY 14004** | X | - | | | | **Lawsuit pending 2004-6809; - Personal guaranty and installment loans regarding account nos.:** <br> **xxxxxxxx1099, xxxxxxxx0701,** <br> **xxxxxxxx0102, xxxxxxxx0399, xxxxxxxx0999,** <br> **xxxxxxxx0597,** <br> **xxxxxxxx1197, xxxxxxxx0497,** <br> **xxxxxxxx2031** | X | X | X | 2,000,000.00 |

<u>**17**</u>   continuation sheets attached

Subtotal (Total of this page)   2,014,098.54

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          S/N:33062-040928   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **Jill A. Falgiano**                                                                  Case No. _____
                                                            ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Alden State Bank** **13216 Broadway** **Alden, NY 14004** | X | - | | **Co-signer for Home Equity Line** **1141241** | X | X | X | 500,000.00 |
| Account No.  **Alden State Bank** **13216 Broadway** **Alden, NY 14004** | | - | | **Pending Foreclosure Action 2004-11520 &** **2004-8838** | X | X | X | 1.00 |
| Account No.  **All Phase Construction** **P O Box 577** **Mendon, NY 14506** | | - | | **Corporate Debt** | X | X | X | 1.00 |
| Account No.  **Anne Serravalle** **261 Hoyt Street** **Buffalo, NY 14213** | | - | | **Co-defendant** | X | X | X | 1.00 |
| Account No.  **Apollo Steel Corporation** **4800 Wilton Avenue** **Niagara Falls, NY 14304** | | - | | **Corporate Debt** | X | X | X | 1.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            500,004.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Jill A. Falgiano** _____,  Case No._____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Arrow Sheet Metal**<br>**75 Thielman Drive**<br>**Buffalo, NY 14206** | | - | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. <br><br>**Ashland Pest Control**<br>**406 Connecticut Street**<br>**Buffalo, NY 14213** | | - | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. **xxxx-xxxx-xxxx-7727** <br><br>**AT&T Universal Card**<br>**PO Box 8115**<br>**South Hackensack, NJ 07606-8115** | | - | | **12/22/04**<br>**Credit card purchases** | | | | 4,575.54 |
| Account No. <br><br>**Beacon Storage Systems**<br>**P O Box 1914**<br>**Buffalo, NY 14219** | | - | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. <br><br>**BTS**<br>**370 Esser Avenue**<br>**Buffalo, NY 14207** | | - | | **Corporate Debt** | X | X | X | 1.00 |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,579.54**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                       Best Case Bankruptcy

In re    **Jill A. Falgiano**                                                Case No. _____

                                                    ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Buffalo Concrete Accessories 243 Manhattan Avenue Buffalo, NY 14214 | | - | | | X | X | X | 1.00 |
| Account No. | | | | Corporate Debt | | | | |
| Buffalo Transfer P. O. Box 72 Buffalo, NY 14206 | | - | | | X | X | X | 1.00 |
| Account No. | | | | Buffalo Carpenters Pension Fund | | | | |
| Burke, Danitz, Kulczk, Kilger, Hoffman, Ferraro, Biddle, Sr., O'Hare, Jr., as Trustees Buffalo Carpenters Pen. Fund 1000 N Buffalo Rd, P.O. Box 378 Elma, NY 14059 | X | - | | | X | X | X | 1.00 |
| Account No. | | | | Corporate Debt | | | | |
| Cambria Contracting 5105 Lockport Road Lockport, NY 14094 | | - | | | X | X | X | 1.00 |
| Account No. | | | | Corporate Debt | | | | |
| Carmen M. Parisio, Inc. 273 S. Roycroft Blvd. Buffalo, NY 14225 | | - | | | X | X | X | 1.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          5.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Jill A. Falgiano**                                      Case No. _____

_____,
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chrysler Financial**<br>**Payment Center**<br>**PO Box 1728**<br>**Newark, NJ 07101-1728** | - | | Vehicle Lease | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-5981**<br><br>**Citi Cards**<br>**P.O. Box 8112**<br>**South Hackensack, NJ 07606-8112** | - | | 2004<br>Credit card purchases | | | | 4,686.00 |
| Account No.<br><br>**Citibank (South Dakota) N.A.**<br>**701 East 60th Street North**<br>**Sioux Falls, SD 57117** | - | | Credit card purchases | | | | 936.00 |
| Account No.<br><br>**D & H Paving, INc.**<br>**485 Kennedy Road**<br>**Buffalo, NY 14227** | - | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>**D'Agostino General Contractors**<br>**803 Linden Avenue**<br>**Rochester, NY 14625** | - | | Cross Claim Defendants | X | X | X | 1.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 5,624.00 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Jill A. Falgiano**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Cross Claim Defendants | | | | |
| DiMarco Constructors LLC 1950 Brighton Henrietta Town Line Road Rochester, NY 14623 | - | | | | | X | X | X | 1.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Dolomite Products Co. P. O. Box 25114 Rochester, NY 14625 | - | | | | | X | X | X | 1.00 |
| Account No. | | | | | Corporate Debt | | | | |
| E-Z Portable Toilets 1000 Howard Road Rochester, NY 14624 | - | | | | | X | X | X | 1.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Economy Treet Service 100 Coventry Road Buffalo, NY 14221 | - | | | | | X | X | X | 1.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Elam Sand & Gravel 8222 Route 5 & 20 P O Box 65 West Bloomfield, NY 14585 | - | | | | | X | X | X | 1.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Jill A. Falgiano**                                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx6118<br><br>Exxon Mobil Corp.<br>P.O. Box 4598<br>Carol Stream, IL 60197-4598 | - | | | 2004<br>Fuel card purchases | | | | 731.00 |
| Account No.<br><br>F W King Petro<br>370 Esser Avenue<br>Buffalo, NY 14207-1398 | - | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>G&J Contracting, Inc.<br>P. O. Box 255<br>Hemlock, NY 14466 | - | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Gan General Insurance Company<br>5500 Main Street<br>Suite 341<br>Buffalo, NY 14221 | - | | | Co-defendant | X | X | X | 1.00 |
| Account No.<br><br>Gernatt Asphalt Products,Inc.<br>Attn: Mr. Jim O'Connell<br>P O Box 400<br>00000000000, NY 14034 | - | | | Corporate Debt | X | X | X | 1.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     735.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Jill A. Falgiano**                                                    Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gernatt Gravel Products, Inc.<br>P. O. Box 400<br>Collins, NY 14034 | - | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Glenn T. Lista<br>8420 Main Street<br>Buffalo, NY 14221 | X | - | 7/15/04<br>Lawsuit pending 2004-11748 | X | X | X | 93,000.00 |
| Account No.<br><br>GMAC<br>200 Renaissance Center<br>Detroit, MI 48265 | X | - | 2004<br>2001 Sierra Pickup, 2002 Sierra Pickup, 2002 Sonoma Pickup, 2003 Chevy Silverado Pickup, 2003 Sierra Dump Truck | | X | | 0.00 |
| Account No.<br><br>Griffith Energy<br>P. O. Box 5137<br>Buffalo, NY 14240-5137 | - | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Grosjean's Associates<br>P O Box 537<br>Buffalo, NY 14213-0537 | - | | Corporate Debt | X | X | X | 1.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    93,003.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                    Best Case Bankruptcy

In re    **Jill A. Falgiano**                                                          Case No. _____
                                                                    ,
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hanson Aggregates,Inc.<br>Attn: Jean Krajucik<br>1900 Sullivan Trail<br>Easton, PA 18042 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>HSBC Bank<br>One HSBC Center<br>Buffalo, NY 14202 | | - | Co-defendant | X | X | X | 1.00 |
| Account No. xxxx-xxxx-xxxx-3414<br><br>HSBC Card Services<br>PO Box 17332<br>Baltimore, MD 21297-1332 | X | - | Credit card purchases | | | | 20,132.00 |
| Account No. xxxxxxx42-00<br><br>Independent Health<br>511 Farber Lakes Drive<br>Buffalo, NY 14221 | | - | 2004<br>Prescription purchases at Walgreen Drug Store | | | | 147.63 |
| Account No.<br><br>Interactiveinfo.com, Inc.<br>P.O. Box 721<br>Buffalo, NY 14226 | | - | 2004<br>Corporate Debt | | | | 199.80 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,481.43

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                    Best Case Bankruptcy

In re    **Jill A. Falgiano**                                          Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>Iroquois Bar Corp.<br>1951Humburg Tpke.<br>Buffalo, NY 14218 | - | | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Keystone Builders<br>c/o Linda Minch<br>1075 Buffalo Road<br>Rochester, NY 14624 | - | | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Lafarge Corporation<br>270 Northpointe Pkwy.<br>Ste. 100<br>Attn:  Joe Puglia<br>Buffalo, NY 14228 | - | | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Lawrence J. Zygaj<br>222 Bear Road<br>Cowlesville, NY 14037 | - | | | | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Lee Cadby<br>c/o NortheEast Diversification<br>2 Cadby Parkway<br>PO Box 351<br>Lancaster, NY 14086 | - | | | | Co-Defendant | X | X | X | 1.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  5.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Jill A. Falgiano**                                                    Case No. _____

                                                                            ,
                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-x79-09** <br><br> **Lord & Taylor** <br> **P.O. Box 94873** <br> **Cleveland, OH 44101-4873** | | - | **2004** <br> **Credit card purchases** | | | | **919.07** |
| Account No. <br><br> **M&T Trust Company** <br> **One M&T Plaza** <br> **Buffalo, NY 14202** | | - | **Co-defendant** | X | X | X | **1.00** |
| Account No. <br><br> **M. J. Dreher Trucking** <br> **14 Orchard Street** <br> **Holley, NY 14470** | | - | **Corporate Debt** | X | X | X | **1.00** |
| Account No. <br><br> **Manitou Concrete** <br> **P. O. Box 25114** <br> **Rochester, NY 14625** | | - | **Corporate Debt** | X | X | X | **1.00** |
| Account No. <br><br> **Mendon Enterprises, Inc.** <br> **2260 Olmstead Road** <br> **P. O. Box 9** <br> **West Bloomfield, NY 14585** | | - | **Corporate Debt** | X | X | X | **1.00** |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **923.07**

Case 1-05-10331-CLB,   Doc 1,   Filed 01/17/05,   Entered 01/17/05 13:43:12,
Description: Main Document , Page 22 of 56
Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Jill A. Falgiano**                                          Case No. _____
                                         ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | | - | Lawsuit pending<br>2004-8414 | X | X | X | 1.00 |
| Account No.<br><br>MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | | - | Co-defendant | X | X | X | 1.00 |
| Account No.<br><br>Michael J. Falgiano, Jr.<br>35 Schlemmer Road<br>Lancaster, NY 14086 | | - | Co-defendant | X | X | X | 1.00 |
| Account No.<br><br>Modern Disposal Service<br>4746 Model City Road<br>P O. Box 209<br>Model City, NY 14107-0209 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Murray Roofing Co.<br>600 Cayuga Creek Road<br>Buffalo, NY 14227 | | - | Corporate Debt | X | X | X | 1.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL          Best Case Bankruptcy

In re    **Jill A. Falgiano**                                                Case No. _____

_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Murzak Enterprises LLC<br>782 Aero Drive<br>Buffalo, NY 14225 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No. **421CD5** <br><br>NCO Financial Systems<br>P.O. Box 41457<br>Dept. 99<br>Philadelphia, PA 19101 | | - | 2004<br>Collection agency for Verizon<br><br>Notice only | | | | 0.00 |
| Account No. <br><br>New Holland Credit Company, LLC<br>100 Brubank Ave.<br>New Holland, PA 17557 | X | - | lawsuit | X | X | X | 1.00 |
| Account No. **xxxxx9081** <br><br>Nextel Partners, Inc.<br>P.O. Box 4192<br>Suite 100<br>Carol Stream, IL 60197-4192 | | - | 2004<br>Cellular telephone service | | | | 528.00 |
| Account No. **xxxx xxx7 725** <br><br>Nissan - Infiniti LT<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | X | - | 2004<br>Deficiency balance for repossessed 2003 Nissan Altima | | | | 5,356.32 |

Sheet no. __12_ of _17_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,886.32

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Jill A. Falgiano**                                  Case No. _____

                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1133**<br><br>**NOCO Energy Corp.**<br>**2440 Sheridan Drive**<br>**Tonawanda, NY 14150** | X | - | **12/21/04**<br>**Corporate Debt** | | | | **1,985.58** |
| Account No.<br><br>**Northeast Paving**<br>**2 Cadby Industrial Park**<br>**Lancaster, NY 14086** | | - | **a/k/a Northeast Diversification, Inc.**<br>**co-Defendant** | X | X | X | **1.00** |
| Account No. **Fxxx4998**<br><br>**Northland Group, Inc.**<br>**P.O. Box 390905**<br>**Edina, MN 55439** | | - | **2004**<br>**Collection Agency for Citibank (South Dakota)**<br>**N.A.**<br>**Notice only** | | | | **0.00** |
| Account No.<br><br>**P & J Construction Co., Inc.**<br>**709 Pleasant View Drive**<br>**Lancaster, NY 14086** | | - | **Corporate Debt** | X | X | X | **1.00** |
| Account No.<br><br>**Patrick Development of WNY, Inc.**<br>**8610 Transit Road**<br>**East Amherst, NY 14051** | X | - | **Lawsuit pending 2004-8791** | X | X | X | **1.00** |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
     (Total of this page)      **1,988.58**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Jill A. Falgiano_____ ,          Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Penhall Company Dept 2911 Los Angeles, CA 90084-2911 | - | | | X | X | X | 1.00 |
| Account No. | | | Corporate Debt | | | | |
| Pumpcrete 7126 Ellicott Road Orchard Park, NY 14127 | - | | | X | X | X | 1.00 |
| Account No. | | | Corporate Debt | | | | |
| Rich's Landscaping & Tractor Servcie 110 Pavement Road Lancaster, NY 14086 | - | | | X | X | X | 1.00 |
| Account No. | | | Corporate Debt | | | | |
| Richard M. Snider 10807 Hunts Corners Clarence, NY 14031 | - | | | X | X | X | 1.00 |
| Account No. | | | Corporate Debt | | | | |
| Riefler Concrete Products LLC 5690 Camp Road Hamburg, NY 14075 | - | | | X | X | X | 1.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5.00

Case 1-05-10331-CLB,    Doc 1,    Filed 01/17/05,    Entered 01/17/05 13:43:12,
Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston Description: Main Document  , Page 26 of 56          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **Jill A. Falgiano**                                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ruston Paving Company**<br>**6228 Collett Road**<br>**Farmington, NY 14425** | | - | **Corporate Debt** | X | X | X | 1.00 |
| Account No. **xxxxx1442**<br><br>**Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | - | **2004**<br>**Student loan** | | | | 11,834.87 |
| Account No.<br><br>**Skyworks LLC**<br>**100 Thielman Drive**<br>**Buffalo, NY 14206** | | - | **Corporate Debt** | X | X | X | 1.00 |
| Account No.<br><br>**Strate Welding Supply Co., Inc.**<br>**P O Box 570**<br>**Buffalo, NY 14207-0570** | | - | **Corporate Debt** | X | X | X | 1.00 |
| Account No.<br><br>**Swift River Associates, Inc.**<br>**4051 River Road**<br>**Tonawanda, NY 14150** | | - | **Corporate Debt** | X | X | X | 1.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,838.87**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL      Best Case Bankruptcy

In re  **Jill A. Falgiano**                                                          Case No. _____

                                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5311** <br><br> **Target Financial Services** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459-0317** | - | | | **2004** <br> **Credit card purchases** | | | | 3,170.09 |
| Account No. <br><br> **Thermal Foams, Inc.** <br> **2101 Kenmore Avenue** <br> **Buffalo, NY 14207** | - | | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. <br><br> **Thomas K. Falgiano** <br> **37 Schlemmer Road** <br> **Lancaster, NY 14086** | - | | | **Co-defendant** | X | X | X | 1.00 |
| Account No. <br><br> **Tri-James Services, Inc.** <br> **4478 West Fairmount** <br> **Lakewood, NY 14750** | - | | | **Corporate Debt** | X | X | X | 1.00 |
| Account No. <br><br> **Turner Construction Company** <br> **54 State Street** <br> **Albany, NY 12207** | - | | | | X | X | X | 1.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,174.09

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re     **Jill A. Falgiano**
_____,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>United Materials, LLC<br>561 Pavement Road<br>Lancaster, NY 14086 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>United Rentals<br>1 Hartfield Executive Park<br>Suite 305<br>Attn: Leesa Contreras<br>East Windsor, CT 06088 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No. xxx-xxx-xxxx-xx3268<br><br>Verizon<br>P.O. Box 1100<br>Albany, NY 12250-0001 | X | - | 2004<br>Services | | | | 1,025.41 |
| Account No.<br><br>Waste Management of WNY<br>P. O. Box 830003<br>Baltimore, MD 21283-0003 | | - | Corporate Debt | X | X | X | 1.00 |
| Account No.<br><br>Wayne Concrete<br>362 Route 44<br>Shinglehouse, PA 16748 | | - | Corporate Debt | X | X | X | 1.00 |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,029.41 |
| Total (Report on Summary of Schedules) | 2,663,390.85 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston     Best Case Bankruptcy

In re    **Jill A. Falgiano**                                                    , Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chrysler Financial**<br>**5225 Crooks Road**<br>**Suite 140**<br>**Troy, MI 48098** | **Lease of 2004 Jeep Grand Cherokee ('04-'07)**<br>**Account No.: 1001122936** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL                                                    Best Case Bankruptcy

In re  **Jill A. Falgiano**                                                                 Case No._____

_____ ,
                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Lee Cadby<br>c/o NortheEast Diversification<br>2 Cadby Parkway<br>P.O, Box 351<br>Lancaster, NY 14086 | New Holland Credit Company, LLC<br>100 Brubank Ave.<br>New Holland, PA 17557 |
| M. Falgiano Construction Co., Inc.<br>5891 Genesse Street<br>Lancaster, NY 14086 | Burke, Danitz, Kulczk, Kilger, Hoffman,<br>Ferraro, Biddle, Sr., O'Hare, Jr., as<br>Trustees Buffalo Carpenters Pen. Fund<br>1000 N Buffalo Rd, P.O. Box 378<br>Elma, NY 14059 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Patrick Development of WNY, Inc.<br>8610 Transit Road<br>East Amherst, NY 14051 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Admar Supply Co., Inc.<br>1950 Brighton Henrietta TL Road<br>Rochester, NY 14623 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | NOCO Energy Corp.<br>2440 Sheridan Drive<br>Tonawanda, NY 14150 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Verizon<br>P.O. Box 1100<br>Albany, NY 12250-0001 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Nissan - Infiniti LT<br>P.O. Box 660366<br>Dallas, TX 75266-0366 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | GMAC<br>200 Renaissance Center<br>Detroit, MI 48265 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | New York State Dept Taxation & Finance<br>PO Box 5300<br>Albany, NY 12205 |

____1____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Jill A. Falgiano**                                                                    Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Internal Revenue Service<br>Dept of Treasury<br>Special Proceedings Branch<br>111 West Huron Street, Room 309<br>Buffalo, NY 14202 |
| MFC Construction Co., Inc.<br>3893 Walden Avenue<br>Lancaster, NY 14086 | Burke, Danitz, Kulczk, Kilger, Hoffman,<br>Ferraro, Biddle, Sr., O'Hare, Jr., as<br>Trustees Buffalo Carpenters Pen. Fund<br>1000 N Buffalo Rd, P.O. Box 378<br>Elma, NY 14059 |
| Michael A. Falgiano, Jr.<br>35 Schlemmer Road<br>Lancaster, NY 14086 | Patrick Development of WNY, Inc.<br>8610 Transit Road<br>East Amherst, NY 14051 |
| Michael J. Falgiano<br>35 Schlemmer Road<br>Lancaster, NY 14086 | Glenn T. Lista<br>8420 Main Street<br>Buffalo, NY 14221 |
| Michael J. Falgiano, Jr.<br>35 Schlemmer Road<br>Lancaster, NY 14086 | Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 |
| Michael J. Falgiano, Jr.<br>35 Schlemmer Road<br>Lancaster, NY 14086 | Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 |
| Michael J. Falgiano, Sr., deceased<br>35 Schlemmer Rd.<br>Lancaster, NY 14086 | HSBC Card Services<br>PO Box 17332<br>Baltimore, MD 21297-1332 |
| Northeast Paving<br>2 Cadby Industrial Park<br>Lancaster, NY 14086 | New Holland Credit Company, LLC<br>100 Brubank Ave.<br>New Holland, PA 17557 |
| Thomas K. Falgiano<br>37 Schlemmer Road<br>Lancaster, NY 14086 | Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 |
| Thomas K. Falgiano<br>37 Schlemmer Road<br>Lancaster, NY 14086 | Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Jill A. Falgiano**                                                    Case No. _____
                                                          ,
                                                    Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| | RELATIONSHIP<br>None. | AGE |
| **Single** | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Bartender** | |
| Name of Employer | **Pietro's Ristorante** | |
| How long employed | **6 months** | |
| Address of Employer | **5841 Transit Road**<br>**East Amherst, NY 14051** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
| --- | --- | --- |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 850.14 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 850.14 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 148.38 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) **Tips** | $ 256.25 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 404.63 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 445.51 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 445.51 | $ N/A |

TOTAL COMBINED MONTHLY INCOME     $ 445.51          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Jill A. Falgiano**                                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
| Are real estate taxes included?      Yes_____   No___X___ | |
| Is property insurance included?      Yes_____   No___X___ | |
| Utilities: Electricity and heating fuel | $ 137.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 164.00 |
| Other_____**Cable/On-line access** | $ 68.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 350.00 |
| Clothing | $ 125.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 260.00 |
| Transportation (not including car payments) | $ 160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 10.50 |
| Life | $ 0.00 |
| Health | $ 219.48 |
| Auto | $ 24.66 |
| Other_____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 435.27 |
| Other_____**Student loan** | $ 200.49 |
| Other_____ | $ 0.00 |
| Other_____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other_____**Personal grooming** | $ 45.00 |
| Other_____ | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 2,999.40** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ N/A |
| B. Total projected monthly expenses | $ N/A |
| C. Excess income (A minus B) | $ N/A |
| D. Total amount to be paid into plan each _____ | $ N/A |

(interval)

# United States Bankruptcy Court
## Western District of New York

In re __Jill A. Falgiano__              Case No. _____

                                  Debtor(s)            Chapter    7 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature _____

                                              **Jill A. Falgiano**
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    __Jill A. Falgiano__

_____    Case No.    _____

Debtor(s)    Chapter    __7__    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $60,000.00 | 2003 (Extension pending; ca. $60,000 gross) |
| $33,000.00 | 2004 (Anticipates extension; ca. $33,000) |
| $100.00 | 2005 (As of January 6, 2005) |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Joy Smith 799 Potomac Avenue Buffalo, NY 14209 | October 2004 November 2004 December 2004 | $1,950.00 | $0.00 |
| Chrysler Financial Payment Center PO Box 1728 Newark, NJ 07101-1728 | October 2004 November 2004 December 2004 | $1,305.81 | $0.00 |
| Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773-9500 | October 2004 November 2004 December 2004 | $601.47 | $0.00 |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Alden State Bank v. MJF TKF Associates Inc. d/b/a MJF TKF LLC, et al. Index No.: I 2004 - 8838 | Foreclosure | State of New York, Supreme Court, County of Erie | Pending |
| Alden State Bank v. MFC Construction Co., Inc., et al Index No.: I 2004-6809 | Civil | State of New York, Supreme Court, County of Erie | Pending |
| Glen T. Lista v. Jill Falgiano and Michael J. Falgiano Index No.: I 2004-11748 | Civil | State of New York, Supreme Court, County of Erie | Pending |
| Alden State Bank v. Michael J. Falgiano, Jr., et al. Index No.: I 2004-11520 | Civil | State of New York, Supreme Court, County of Erie | Pending |
| MFC Construction Co., Inc. v. DiMarco Constructors, LLC, et al. Index No.: I 2004-8414 | Civil | State of New York, Supreme Court, County of Erie | Pending |
| Patrick Development of WNY, Inc. v. MFC Construction Co., Inc., et al. Index No.: I 2004-8791 | Civil | State of New York, Supreme Court, County of Erie | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Admar Supply Co., Inc. v. MFC Construction Co., Inc. and Jill A. Falgiano Index No.: I 2004-1164** | **Civil** | **State of New York, Supreme Court, County of Monroe** | **Pending** |
| **New Holland Credit Company, LLC v. MFC Construction Co., Inc. et al., Index No.:2004-12617** | **Civil** | **State of New York, Supreme Court, County of Erie** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nissan - Infiniti LT PO Box 660366 Dallas, TX 75266-0366** | **August 2004** | **2003 Altima** |
| **GMAC 200 Renaissance Center Detroit, MI 48265** | **August 2004** | **2001 Sierra Pickup 2002 Sierra Pickup 2002 Sonoma Pickup 2003 Chevy Silverado Pickup 2003 Sierra Dump Truck** |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Case 1-05-10331-CLB,    Doc 1,    Filed 01/17/05,    Entered 01/17/05 13:43:12,
Description: Main Document , Page 38 of 56

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Damon & Morey LLP<br>298 Main Street<br>1000 Cathedral Place<br>Buffalo, NY 14202 | January 2005 | $1709.00 (including filing fee) |

### 10. Other transfers

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Alden State Bank<br>13216 Broadway<br>Alden, NY 14004 | | 6/30/04 |

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **M&T Bank** | **Jill A. Falgiano** **116 Groveland Street** **Buffalo, New York 14214** | **No contents** | |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4083 Coventry Green Circle** **Williamsville, New York 14221** | **Jill A. Falgiano** | **September 2003- October 2004** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None** ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

**None** ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

> If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

> If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MFC Construction Co., Inc. | 16-1509564 | 3893 Walden Avenue Lancaster, NY 14086 | 100% owner of construction company | August 1996 - July 7, 2004 |

**None** ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gaines Kriner Elliott LLP CPA 120 Church Street Buffalo, NY 14202 | Personal: 1996-2004 Corporate: 1996-2004 |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____        Signature _____
                                                    **Jill A. Falgiano**
                                                    Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re   **Jill A. Falgiano**                            Case No. _____

                                     Debtor(s)              Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| **-NONE-** | |

     *b. Property to Be Retained*                           *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date _____      Signature _____

                                           **Jill A. Falgiano**
                                           Debtor

# United States Bankruptcy Court
## Western District of New York

In re __Jill A. Falgiano__            Case No. _____

               Debtor(s)        Chapter     __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept........................................................................ $            __1,500.00__

   Prior to the filing of this statement I have received............................................................ $            __1,500.00__

   Balance Due............................................................................................................. $            __0.00__

2. $ __209.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including: analysis of financial situation, and rendering legal advice and assistance to the Debtor in determining whether to file a petition under Title 11 of the United States Code, preparation and filing of the Petition, Schedules, Statement of Affairs, and other documents required by the United States Bankruptcy Court, and representation of the Debtor at the Meeting of Creditors (§341 meetings).**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Those matters beyong contemplation in Local Rule 2016, including but not limited to actions concerning dischargeability.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:       1/7/5              /s/ Beth Ann Bivona

                                          Beth Ann Bivona
                                          Damon & Morey LLP
                                          1000 Cathedral Place
                                          298 Main Street
                                          Buffalo, NY 14202-4096
                                          (716) 856-5500   Fax: (716) 856-5537
                                          bbivona@damonmorey.com

# United States Bankruptcy Court
### Western District of New York

In re  **Jill A. Falgiano**

Debtor(s)

Case No. _____

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 7, 2005**

**/s/ Jill A. Falgiano**

**Jill A. Falgiano**
Signature of Debtor

A-Verdi LLC
141450 Route 31
Savannah, NY 13146


A. H. Harris & Sons, Inc.
P. O. Box 30135
Hartford, CT 06150


Admar Supply Co., Inc.
1950 Brighton Henrietta TL Road
Rochester, NY 14623


Alden State Bank
13216 Broadway
Alden, NY 14004


All Phase Construction
P O Box 577
Mendon, NY 14506


Anne Serravalle
261 Hoyt Street
Buffalo, NY 14213


Apollo Steel Corporation
4800 Wilton Avenue
Niagara Falls, NY 14304


Arrow Sheet Metal
75 Thielman Drive
Buffalo, NY 14206


Ashland Pest Control
406 Connecticut Street
Buffalo, NY 14213


AT&T Universal Card
PO Box 8115
South Hackensack, NJ 07606-8115


Beacon Storage Systems
P O Box 1914
Buffalo, NY 14219

BTS
370 Esser Avenue
Buffalo, NY 14207


Buffalo Concrete Accessories
243 Manhattan Avenue
Buffalo, NY 14214


Buffalo Transfer
P. O. Box 72
Buffalo, NY 14206


Burke, Danitz, Kulczk, Kilger, Hoffman,
Ferraro, Biddle, Sr., O'Hare, Jr., as
Trustees Buffalo Carpenters Pen. Fund
1000 N Buffalo Rd, P.O. Box 378
Elma, NY 14059


Cambria Contracting
5105 Lockport Road
Lockport, NY 14094


Carmen M. Parisio, Inc.
273 S. Roycroft Blvd.
Buffalo, NY 14225


Charles C. Ritter, Jr., Esq.
Duke, Holzman, Yaeger & Photiadis
1800 Main Place Tower
Buffalo, NY 14202


Chrysler Financial
Payment Center
PO Box 1728
Newark, NJ 07101-1728


Citi Cards
P.O. Box 8112
South Hackensack, NJ 07606-8112


Citibank (South Dakota) N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Creighton, Pierce, Johnson & Giroux
560 Ellicot Square Bldg
295 Main Street
Buffalo, NY 14203


D & H Paving, INc.
485 Kennedy Road
Buffalo, NY 14227


D'Agostino General Contractors
803 Linden Avenue
Rochester, NY 14625


DiMarco Constructors LLC
1950 Brighton Henrietta Town Line Road
Rochester, NY 14623


Dolomite Products Co.
P. O. Box 25114
Rochester, NY 14625


Duke Holzman, Yaeger & Photiadis LLP
Attn: Charles C. Ritter, Esq.
1800 Main Place Tower
Buffalo, NY 14202


E-Z Portable Toilets
1000 Howard Road
Rochester, NY 14624


Economy Treet Service
100 Coventry Road
Buffalo, NY 14221


Elam Sand & Gravel
8222 Route 5 & 20
P O Box 65
West Bloomfield, NY 14585


Exxon Mobil Corp.
P.O. Box 4598
Carol Stream, IL 60197-4598

F W King Petro
370 Esser Avenue
Buffalo, NY 14207-1398


G&J Contracting, Inc.
P. O. Box 255
Hemlock, NY 14466


Gan General Insurance Company
5500 Main Street
Suite 341
Buffalo, NY 14221


Gernatt Asphalt Products, Inc.
Attn: Mr. Jim O'Connell
P O Box 400
00000000000, NY 14034


Gernatt Gravel Products, Inc.
P. O. Box 400
Collins, NY 14034


Glenn T. Lista
8420 Main Street
Buffalo, NY 14221


GMAC
200 Renaissance Center
Detroit, MI 48265


Gregory H. Chertoff, Esq.
Peckar & Abrahamson, P.C.
546 Fifth Avenue, 17th Floor
New York, NY 10036


Griffith Energy
P. O. Box 5137
Buffalo, NY 14240-5137


Grosjean's Associates
P O Box 537
Buffalo, NY 14213-0537

Hanson Aggregates,Inc.
Attn: Jean Krajucik
1900 Sullivan Trail
Easton, PA 18042


HSBC Bank
One HSBC Center
Buffalo, NY 14202


HSBC Card Services
PO Box 17332
Baltimore, MD 21297-1332


Independent Health
511 Farber Lakes Drive
Buffalo, NY 14221


Interactiveinfo.com, Inc.
P.O. Box 721
Buffalo, NY 14226


Internal Revenue Service
Dept of Treasury
Special Proceedings Branch
111 West Huron Street, Room 309
Buffalo, NY 14202


Iroquois Bar Corp.
1951Humburg Tpke.
Buffalo, NY 14218


Kevin F. Peartree, Esq.
Ernstrom & Dreste, LLP
180 Canal View Boulevard
Suite 600
Rochester, NY 14623


Keystone Builders
c/o Linda Minch
1075 Buffalo Road
Rochester, NY 14624

Lafarge Corporation
270 Northpointe Pkwy.
Ste. 100
Attn:  Joe Puglia
Buffalo, NY 14228


Lawrence J. Zygaj
222 Bear Road
Cowlesville, NY 14037


Lee Cadby
c/o NortheEast Diversification
2 Cadby Parkway
PO Box 351
Lancaster, NY 14086


Lord & Taylor
P.O. Box 94873
Cleveland, OH 44101-4873


Lorisa D. LaRocca
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614


M&T Trust Company
One M&T Plaza
Buffalo, NY 14202


M. J. Dreher Trucking
14 Orchard Street
Holley, NY 14470


Manitou Concrete
P. O. Box 25114
Rochester, NY 14625


McNamee, Lochner, Titus et al.
Attorney for New Holland Credit Co, LLC
P.O. Box 459
Albany, NY 12204

Mendon Enterprises, Inc.
2260 Olmstead Road
P. O. Box 9
West Bloomfield, NY 14585


MFC Construction Co., Inc.
3893 Walden Avenue
Lancaster, NY 14086


Michael J. Falgiano, Jr.
35 Schlemmer Road
Lancaster, NY 14086


Modern Disposal Service
4746 Model City Road
P O. Box 209
Model City, NY 14107-0209


Murray Roofing Co.
600 Cayuga Creek Road
Buffalo, NY 14227


Murzak Enterprises LLC
782 Aero Drive
Buffalo, NY 14225


NCO Financial Systems
P.O. Box 41457
Dept. 99
Philadelphia, PA 19101


New Holland Credit Company, LLC
100 Brubank Ave.
New Holland, PA 17557


New York State Dept Taxation & Finance
PO Box 5300
Albany, NY 12205


Nextel Partners, Inc.
P.O. Box 4192
Suite 100
Carol Stream, IL 60197-4192

Nissan - Infiniti LT
P.O. Box 660366
Dallas, TX 75266-0366


NOCO Energy Corp.
2440 Sheridan Drive
Tonawanda, NY 14150


Northeast Paving
2 Cadby Industrial Park
Lancaster, NY 14086


Northland Group, Inc.
P.O. Box 390905
Edina, MN 55439


P & J Construction Co., Inc.
709 Pleasant View Drive
Lancaster, NY 14086


Patricia Gillen, Esq.
Gresens & Gillen LLP
12 Fountain Plaza, Suite 510
Buffalo, NY 14202


Patrick Development of WNY, Inc.
8610 Transit Road
East Amherst, NY 14051


Penhall Company
Dept 2911
Los Angeles, CA 90084-2911


Peter A. Muth, Esq.
Hodgson Russ LLP
One M&T Plaza
Buffalo, NY 14203-2391


Pumpcrete
7126 Ellicott Road
Orchard Park, NY 14127


Rich's Landscaping & Tractor Servcie
110 Pavement Road
Lancaster, NY 14086

Richard M. Snider
10807 Hunts Corners
Clarence, NY 14031


Riefler Concrete Products LLC
5690 Camp Road
Hamburg, NY 14075


Robert W. Michalak, Esq.
Parrino Cooper & Dobson, Esqs.
6225 Sheridan Drive, Suite 100
Williamsville, NY 14221


Ruston Paving Company
6228 Collett Road
Farmington, NY 14425


Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500


Skyworks LLC
100 Thielman Drive
Buffalo, NY 14206


Strate Welding Supply Co., Inc.
P O Box 570
Buffalo, NY 14207-0570


Swift River Associates, Inc.
4051 River Road
Tonawanda, NY 14150


Target Financial Services
P.O. Box 59317
Minneapolis, MN 55459-0317


Thermal Foams, Inc.
2101 Kenmore Avenue
Buffalo, NY 14207


Thomas K. Falgiano
37 Schlemmer Road
Lancaster, NY 14086

Tri-James Services, Inc.
4478 West Fairmount
Lakewood, NY 14750


Turner Construction Company
54 State Street
Albany, NY 12207


United Materials, LLC
561 Pavement Road
Lancaster, NY 14086


United Rentals
1 Hartfield Executive Park
Suite 305
Attn: Leesa Contreras
East Windsor, CT 06088


Verizon
P.O. Box 1100
Albany, NY 12250-0001


Waste Management of WNY
P. O. Box 830003
Baltimore, MD 21283-0003


Wayne Concrete
362 Route 44
Shinglehouse, PA 16748